UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYESHA JONES, <br><br> Plaintiff, <br><br> v. <br><br> WAYPOINT RESOURCE GROUP LLC, <br><br> Defendant. | Case No. 3:23-cv-06088-TMC <br><br> ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS |

This matter is before the Court on its own motion. On January 4, 2024 and January 9, 2024, the Clerk of Court mailed two orders to pro se plaintiff Nyesha Jones. Dkt. 8, 9. Both orders were returned as undeliverable on January 11, 2024 and January 16, 2024. Dkt. 8, 9.

A party proceeding pro se must keep the Court and opposing parties advised as to their current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2); *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988) ("Local Rule 41(b)(2) . . . confers discretion on the court to dismiss a pro se plaintiff's action if the plaintiff fails to keep the court apprised of his correct address."). If mail directed to a pro se plaintiff by the Clerk is returned by the Postal Service, and if the plaintiff fails to notify the Court and opposing parties within 60 days thereafter of their current mailing address, the Court may dismiss the case without prejudice for failure to prosecute. *Id.*

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS - 1

Accordingly, if Plaintiff fails to notify the Court of her current mailing address by Monday, March 11, 2024, the Court will consider dismissing this case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 17th day of January, 2024.

*[signature]*

Tiffany M. Cartwright
United States District Judge